UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE DOE,

    Plaintiff,

  v.

OFFICE AND PROFESSIONAL
EMPLOYEES' INTERNATIONAL UNION,
LOCAL 23,

    Defendant.

Case No. C06-5692FDB

ORDER DENYING LEAVE TO
PROCEED *IN FORMA PAUPERIS*
AND TO SHOW CAUSE

    Plaintiff Suzanne Doe (Suzanne L. Carey) brings the above cause of action against a defendant that she has already sued in C04-5438FDB. This Court dismissed the previous cause of action, and the matter is currently pending on appeal before the Ninth Circuit. Plaintiff also brought suit in a related matter against the Equal Employment Opportunity Commission, which matter was also dismissed in this court and on appeal to the Ninth Circuit.

    In the present case, Plaintiff Carey is attempting to pursue a cause of action anonymously, as she did in Cause No. C04-5438FDB, wherein the Court denied her motion to so proceed. This cause of action arises out of facts that she alleged in the 2004 case, and there is no rationale asserted for her failure to assert the claims herein in that earlier case.

ORDER - 1

Plaintiff Carey also moves to proceed *in forma pauperis* and submits an application that demonstrates that she is employed and that she receives disability payments, among other things.

ACCORDINGLY, IT IS ORDERED:

(1) Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED, and Plaintiff is directed to pay the filing fee by December 15, 2006, failing which, this cause of action will be dismissed.

(2) If Plaintiff elects to pay the filing fee, she shall SHOW CAUSE why this matter should not be dismissed for failure to join these claims in the earlier lawsuit.

DATED this 7th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2