UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE DOE,

    Plaintiff,

v.

OFFICE AND PROFESSIONAL EMPLOYEES' INTERNATIONAL UNION, LOCAL 23,

    Defendant.

Case No. C06-5692FDB

ORDER OF DISMISSAL

    Plaintiff sued Defendant in an earlier cause of action that was dismissed and which is now on appeal. Plaintiff was directed to show cause why this mater should not be dismissed, as she has already sued the Defendant in C04-5438FDB, which case has been dismissed and is now pending before the Ninth Circuit. Plaintiff has responded but has presented to reason for the Court to allow this cause of action to proceed.

    NOW, THEREFORE, IT IS ORDERED: This cause of action is DISMISSED.

    DATED this 20th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1