1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

| | |
|---|---|
| SUZANNE DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICE AND PROFESSIONAL<br>EMPLOYEES' INTERNATIONAL UNION –<br>LOCAL 23,<br><br>       Defendant. | Case No. C06-5692FDB<br><br>ORDER DENYING<br>MISCELLANEOUS MOTION |

16

17

18

19

     This cause of action was dismissed on December 20, 2006 following Plaintiff's response to the Court's order to show cause why this matter should not be dismissed.  Plaintiff had sued the Defendant in another case, which was dismissed and is now pending on appeal.  Plaintiff's "Miscellaneous Motion" [Dkt. # 8] is, therefore, DENIED.  SO ORDERED.

20

     DATED this 12th day of February, 2007.

21

22

23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1