UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

       Plaintiff,

       v.

OFFICE AND PROFESSIONAL
EMPLOYEES INTERNATIONAL UNION,
LOCAL 23,

       Defendant.

Case No. C06-5692FDB

ORDER DENYING MOTION TO RECUSE AND DIRECTING CLERK TO ACCEPT NO FURTHER FILINGS IN THIS CASE

This cause of action has been dismissed by order entered December 20, 2006. Plaintiff's motions to ask question of the court was denied on February 12, 2007, and Plaintiff now brings a motion to recuse the undersigned judge.

This case is closed, and Plaintiff's motions are out of order. NOW, THEREFORE, IT IS ORDERED:

(1) Plaintiff's Motion to Recuse [Dkt. # 10] is DENIED, and

(2) The Clerk of the Court is directed to <u>accept no further filings</u> in this case from Plaintiff.

DATED this 28th day of February, 2007.

                /s/ Franklin D. Burgess
                FRANKLIN D. BURGESS
                UNITED STATES DISTRICT JUDGE

ORDER - 1