1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

SUZANNE CAREY,

11

Plaintiff,

Case No. C06-5692FDB

12

v.

ORDER DENYING MOTION FOR
PRO BONO COUNSEL

13

OFFICE AND PROFESSIONAL
EMPLOYEES' INTERNATIONAL UNION
(OPEIU),

14

15

Defendant.

16

This cause of action was closed December 20, 2006.  Despite this case being closed, this is

17

the fourth motion that Plaintiff has filed.  This motion [Dkt. # 13]  lacks merit under the

18

circumstances and is DENIED.  SO ORDERED.

19

20

DATED this 12th day of June, 2007.

21

22

23

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1