UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

    v.

OFFICE AND PROFESSIONAL EMPLOYEES' INTERNATIONAL UNION – LOCAL 23,

    Defendants.

Case No. C06-5692FDB

ORDER DENYING MOTION FOR SUMMONSES

Plaintiff moves for summons in this cause of action that was dismissed on December 20, 2006. This is the fifth motion plaintiff has brought since this case was closed.

IT IS ORDERED: Plaintiff's Motion for Summonses (referenced as a motion for more definite statement in the docket entry [Dkt. # 15] is DENIED.

DATED this 13th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1