1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10
SUZANNE CAREY,

11
        Plaintiff,

12
    v.

13
OFFICE AND PROFESSIONAL
EMPLOYEES' INTERNATIONAL UNION –
14
LOCAL 23,

15
        Defendants.

Case No. C06-5692FDB

ORDER

16
      Plaintiff has now filed six motions in this closed case.  The current motion is to change her

17
name from Suzanne Doe to Suzanne Carey in the present case.  NOW, THEREFORE,

18
      IT IS ORDERED: The Motion for Name Change [Dkt. # 17] is STRICKEN from the

19
Court's motion calendar.  Plaintiff is admonished that monetary sanctions may be imposed if further

20
motions are filed herein.

21
      DATED this 8th day of April, 2008.

22

23

24
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE
25

26
ORDER - 1