UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

    v.

OFFICE AND PROFESSIONAL EMPLOYEES' INTERNATIONAL UNION – LOCAL 23,

    Defendant.

Case No. C06-5692FDB

ORDER DENYING MOTION FOR RELIEF OF JUDGMENT

This cause of action was dismissed on December 20, 2006 after Plaintiff failed to show cause my it should not be dismissed, Plaintiff having sued Defendant in another cause of action which was dismissed by this Court and affirmed on appeal to the Ninth Circuit Court of Appeals.

Plaintiff now moves for relief from judgment in this case. Plaintiff has appealed this Court's earlier denial of her motion to recuse, and the Ninth Circuit has set a briefing schedule.

Plaintiff has made no showing to persuade this Court to grant relief from judgment.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion For Relief of Judgment [Dkt. # 19] is DENIED.

DATED this 23rd day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1